IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02016-EWN-MEH

THOMAS W. SABIN,

Plaintiff(s),

v.

AMREP, INC., a Delaware corporation;

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2007.**

      For good cause shown, the Unopposed Motion for Protective Order [Filed February 5, 2007; Docket #19] is **granted**. The Protective Order shall enter separately.