IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02016–EWN–MEH

THOMAS W. SABIN,

    Plaintiff,

v.

AMREP INC., a Delaware corporation,

    Defendant.

## ORDER

This matter is before the court on "Defendant's Motion for Summary Judgment," filed July 9, 2007. In the court's perusal of the brief in support of Defendant's motion, it noted Defendant's egregious failure to comport with this court's practice standards, which provide:

> In a section of the brief . . . styled "Statement of Undisputed Material Facts," the movant shall set forth in simple, declarative sentences, *separately numbered and paragraphed*, each material fact which the movant believes is not in dispute and which supports movant's claim that movant is entitled to judgment as a matter of law.

(Practice Standards — Civil: Special Instructions Concerning Motions for Summary Judgment ¶ 1 [emphasis in original].) This rule exists for a reason. It allows the court to distinguish between those factual allegations which are truly at issue and those which are not. By lumping together multiple allegations, a party invites blanket denials whereby the non-moving party may avoid engaging each allegation meaningfully, thus muddling the summary judgment analysis.

Contrary to this simple requirement, Defendant has set forth numerous lengthy paragraphs containing multiple sentences and multiple allegations. (*See, e.g.*, Br. in Supp. of Def.'s Mot. for Summ. J., Statement of Undisputed Facts ¶¶ 8, 9, 10, 13, 14.) Rather than permit Plaintiff to respond to these compound allegations, the court will strike Defendant's brief.

Based on the foregoing it is therefore ORDERED that:

1. Defendant's brief in support of its motion for summary judgment (#33) is STRICKEN.

2. Defendant has twenty days from the date of this order to submit a brief that complies with this court's procedural rules.

Dated this 10th day of July, 2007

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge